■ 76-01 37TH AVE. REALTY CORP., Appellants, v DONGBU INSURANCE COMPANY, LTD., Respondent. [43 NYS3d 751]—

Order, Supreme Court, New York County (Ellen M. Coin, J.), entered September 25, 2015, which, to the extent appealed from as limited by the briefs, denied plaintiffs' motion for summary judgment declaring that defendant is obligated to indemnify plaintiff 76-01 37th Ave. Realty Corp. in the underlying personal injury action, unanimously reversed, on the law, without costs, and the motion granted. The Clerk is directed to enter judgment declaring that defendant is obligated to indemnify plaintiff 76-01 37th Ave. Realty Corp. in the underlying action.

Since there is no dispute that all the allegations in the underlying action fall within the scope of the insurance policy issued by defendant, defendant is obligated to indemnify plaintiff 76-01 37th Ave. Realty Corp. for any liability it is found to bear in that action, and the declaration need not await the final judgment therein (*see Regal Constr. Corp. v National Union Fire Ins. Co. of Pittsburgh, PA,* 15 NY3d 34, 39 [2010]; *Maldonado v Kissm Realty Corp.,* 18 AD3d 627, 628 [2d Dept 2005], *lv denied* 5 NY3d 709 [2005]). Concur—Acosta, J.P., Mazzarelli, Andrias, Feinman and Webber, JJ.